1 | DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
2 | EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, CA 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE and
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BONÉ and NANCY BONÉ,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.; BANK OF AMERICA, N.A.; and DOES 1 through 30,,<br><br>　　　　Defendants. | Case No.: 4:10-cv-02011-PJH<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [FRCP 12(B)(6) & FRCP 12(F)]; [PROPOSED] ORDER**<br><br>Req. Date:　　February 16, 2011<br><br>Current Date:　December 22, 2010<br>Time:　　　　9:00 a.m.<br>Dept.:　　　　Courtroom 3, 3rd Floor<br>Judge:　　　　Hon. Phyllis J. Hamilton<br>Comp. Date:　April 6, 2010<br>Trial Date:　　TBD |

///

///

///

///

///

///

07685/0585/870969.1

Plaintiffs Robert Boné and Nancy Boné ("Plaintiffs") and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. ("WFHM") and Bank of America, N.A. ("BofA") by and through their respective counsel, hereby stipulate that the Motion to Dismiss and to Strike Portions of the First Amended Complaint filed by Plaintiffs (the "Motion") that is set to be heard on Wednesday, December 22, 2010, at 9:00 a.m. will be continued to Wednesday, February 16, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

This stipulation is based upon the following showing of good cause:

## RECITALS

1. After the Motion was filed, the Parties participated in an early settlement conference ("ESC") with Magistrate Donna M. Ryu on October 19, 2010 in an effort to resolve the case. Though no settlement was reached at the ESC, the Parties have continued to work together to try and resolve the case with the assistance of Judge Ryu.

2. The Parties have made significant progress towards resolution and would like to continue their efforts to try and resolve this litigation without incurring additional and unnecessary costs and expenses. To that end, the Parties have stipulated to continue the hearing on the Motion to allow more time to try and resolve this matter without further costly litigation.

3. The continuance will not prejudice the Parties to this action.

///

///

///

///

///

///

///

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, as follows:

1. The Motion set for December 22, 2010 will be continued to Wednesday, February 16, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

**IT IS SO STIPULATED:**

DATED: December 20, 2010        LAW OFFICES OF DAVID STURGEON-GARCIA

By:   */s/ David Sturgeon-Garcia*
DAVID STURGEON-GARCIA
Attorney for Plaintiffs
ROBERT and NANCY BONE

DATED: December 20, 2010        SEVERSON & WERSON
A Professional Corporation

By:   */s/ Edward R. Buell III*
EDWARD R. BUELL III
Attorneys for Defendant
WELLS FARGO HOME MORTGAGE
and BANK OF AMERICA, N.A.

## ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the Motion to Dismiss and to Strike Portions of the First Amended Complaint set for hearing on December 22, 2010 is continued to Wednesday, February 16, 2011, at 9:00 a.m. in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

DATED:  12/21/10

Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*