1  DONALD J. QUERIO (State Bar No. 54367)
   djq@severson.com
2  EDWARD R. BUELL, III (State Bar No. 240494)
   erb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO HOME MORTGAGE and
   BANK OF AMERICA, N.A.
8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA
                   OAKLAND DIVISION
11

12 | ROBERT BONÉ and NANCY BONÉ, | Case No.:  4:10-cv-02011-PJH |
13 | Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [FRCP 12(B)(6) & FRCP 12(F)]; [PROPOSED] ORDER** |
14 | vs. | |
15 | WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.; BANK OF AMERICA, N.A.; and DOES 1 through 30,, | |
16 | | |
17 | | |
18 | Defendants. | Req. Date:      March 23, 2011 |
19 | | Current Date:  February 16, 2011<br>Time:              9:00 a.m. |
20 | | Dept.:            Courtroom 3, 3rd Floor<br>Judge:           Hon. Phyllis J. Hamilton |
21 | | Comp. Date:   April 6, 2010<br>Trial Date:      TBD |

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Plaintiffs Robert Boné and Nancy Boné ("Plaintiffs") and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. ("WFHM") and Bank of America, N.A. ("BofA") by and through their respective counsel, hereby stipulate that the Motion to Dismiss and to Strike Portions of the First Amended Complaint filed by Plaintiffs (the "Motion") that is set to be heard on Wednesday, February 16, 2011, at 9:00 a.m. will be continued to Wednesday, March 23, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

This stipulation is based upon the following showing of good cause:

## **RECITALS**

1.      After the Motion was filed, the Parties participated in an early settlement conference ("ESC") with Magistrate Donna M. Ryu on October 19, 2010 in an effort to resolve the case.  Though no settlement was reached at the ESC, the Parties have continued to work together to try and resolve the case with the assistance of Judge Ryu.

2.      The Parties have made significant progress towards resolution and would like to continue their efforts to try and resolve this litigation without incurring additional and unnecessary costs and expenses.  To that end, the Parties have stipulated to continue the hearing on the Motion to allow more time to try and resolve this matter without further costly litigation.

3.      The continuance will not prejudice the Parties to this action.

///

///

///

///

///

///

///

- 2 -

07685/0585/870969.2

STIPULATION CONTINUING HEARING FOR MOTION TO
DISMISS AND TO STRIKE FIRST AMENDED COMPLAINT
Case No.:  4:10-cv-02011-PJH

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, as follows:

1.     The Motion set for February 16, 2011 will be continued to Wednesday, March 23, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

**IT IS SO STIPULATED:**

DATED:  February 11, 2011                         LAW OFFICES OF DAVID STURGEON-
                                                                          GARCIA


                                                                          By:      */s/ David Sturgeon-Garcia*
                                                                          DAVID STURGEON-GARCIA
                                                                          Attorney for Plaintiffs
                                                                          ROBERT and NANCY BONE

DATED:  February 11, 2011                         SEVERSON & WERSON
                                                                          A Professional Corporation


                                                                          By:      */s/ Edward R. Buell III*
                                                                          EDWARD R. BUELL III
                                                                          Attorneys for Defendant
                                                                          WELLS FARGO HOME MORTGAGE
                                                                          and BANK OF AMERICA, N.A.


**ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the Motion to Dismiss and to Strike Portions of the First Amended Complaint set for hearing on February 16, 2011 is continued to Wednesday, March 23, 2011, at 9:00 a.m. in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.


DATED:  2/14/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Hon. _____ Hamilton
United States District Judge

- 3 -