DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ROBERT BONÉ and NANCY BONÉ, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.; BANK OF AMERICA, N.A.; and DOES 1 through 30, <br><br> Defendants | Case No.: 4:10-cv-02011-PJH <br><br> STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [FRCP 12(B)(6) & FRCP 12(F)]; [PROPOSED] ORDER <br><br> Requested Date: June 1, 2011 <br><br> Current Date: April 27, 2011 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3, 3rd Floor <br> Judge: Hon. Phyllis J. Hamilton <br> Comp. Date: April 6, 2010 <br> Trial Date: TBD |

///

///

///

///

///

1   Plaintiffs Robert Boné and Nancy Boné ("Plaintiffs") and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. ("WFHM") and Bank of America, N.A. ("BofA") by and through their respective counsel, hereby stipulate that the Motion to Dismiss and to Strike Portions of the First Amended Complaint filed by Plaintiffs (the "Motion") that is set to be heard on Wednesday, April 27, 2011, at 9:00 a.m. will be continued to Wednesday, June 1, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3, 3rd Floor of the above-entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

This stipulation is based upon the following showing of good cause:

## **RECITALS**

1. After the Motion was filed, the Parties participated in an early settlement conference ("ESC") with Magistrate Donna M. Ryu on October 19, 2010 in an effort to resolve the case. Though no settlement was reached at the ESC, the Parties have continued to work together to try and resolve the case with the assistance of Judge Ryu.

2. The Parties have reached a settlement and are in the process of finalizing the terms of their agreement to complete the resolution of this matter. To that end, the Parties have stipulated to continue the hearing on the Motion to allow some additional time to complete the resolution without further costly litigation.

3. The continuance will not prejudice the Parties to this action.

///
///
///
///
///
///
///
///
///

- 2 -

07685/0585/910965.1   STIPULATION CONTINUING HEARING FOR MOTION TO DISMISS AND TO STRIKE FIRST AMENDED COMPLAINT
Case No.: 4:10-cv-02011-PJH

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, as follows:

1. The Motion set for April 27, 2011 will be continued to Wednesday, June 1, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3, 3rd Floor of the above entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

IT IS SO STIPULATED:

DATED: April 25, 2011               LAW OFFICES OF DAVID STURGEON-GARCIA

                                    By:     /s/ David Sturgeon-Garcia
                                    DAVID STURGEON-GARCIA
                                    Attorney for Plaintiffs
                                    ROBERT and NANCY BONE

DATED: April 20, 2011               SEVERSON & WERSON
                                    A Professional Corporation


                                    By:     /s/ Edward R. Buell III
                                    EDWARD R. BUELL III
                                    Attorneys for Defendant
                                    WELLS FARGO HOME MORTGAGE
                                    and BANK OF AMERICA, N.A.

## ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the Motion to Dismiss and to Strike Portions of the First Amended Complaint set for hearing on April 27, 2011 is continued to Wednesday, June 1, 2011, at 9:00 a.m. in Courtroom 3, 3rd Floor of the above entitled Court, located at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

DATED: 4/25/11

Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*