UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BONÉ and NANCY BONÉ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.; BANK OF AMERICA, N.A., and DOES 1 through 30,<br><br>　　　　　　　　　　Defendants. | Case No. CV 10-02011-PJH<br><br>**AGREED STIPULATION OF DISMISSAL** |

Plaintiffs ROBERT BONÉ and NANCY BONÉ, and Defendants WELLS FARGO HOME MORTGAGE and BANK OF AMERICA, N.A, have entered into a written Settlement Agreement, a true and correct copy of which is attached hereto and incorporated herein by reference. Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby jointly and mutually stipulate to the dismissal of this action with prejudice. The Parties further hereby stipulate and agree that, notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

So Stipulated:

Dated: 6/10/11

　　　　　　　　　　　　　　　　　　　　_/s/ David Sturgeon-Garcia_
　　　　　　　　　　　　　　　　　　　　David Sturgeon-Garcia, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs Robert and Nancy Boné

---

AGREED STIPULATION OF DISMISSAL
CASE NO. CV 10-02011-PJH

1
2  Dated: 6/13/11
3
4
5
6
7  So Ordered:
8
9  Dated: 8/29/11
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Severson & Werson
A Professional Corporation
By: /s/

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

AGREED STIPULATION OF DISMISSAL
CASE NO. CV 10-02011-PJH